UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUSAYBA HAMMAD, ERIC HOROWITZ, SAJIA HANIF, ALE HUMANO, JESSIE DESSUS, NIA WILSON, HENRY BURG, SHIVANI DESAI,

*Plaintiffs,*

- against -

WILLIAM C. THOMPSON, JR., SANDRA WILKIN, MICHAEL ARAVANITES, HENRY T. BERGER, UNA S. T-CLARKE, LORRAINE CÓRTEZ VÁZQUEZ, BARBARALEE DIAMONSTEINSPIELVOGEL, KEVIN D. KIM, MAYRA LINARES-GARCÍA, ROBERT F. MUJICA, BRIAN D. OBERGFELL, JILL O'DONNELL-TORMEY, HERMINIA PALACIO, KEN SUNSHINE, ANGELO VIVOLO, JOHN VERZANI, SALIMATOU DOUMBOUYA, Members of the Board of Trustees, City University of New York,

FÉLIX MATOS RODRÍGUEZ, Chancellor, City University of New York,

SUDHA SETTY, Dean, School of Law, City University of New York,

*Defendants, all sued in their official capacities, with Defendants Thompson, Jr., Matos Rodríguez, and Setty also sued in their individual capacities.*

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

**24-cv-3099-JPO**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, and upon all prior pleadings and proceedings herein, Defendants William C. Thompson Jr., Sandra Wilkin, Michael Arvanites, Henry T. Berger, Una S. T. Clarke, Lorraine Córtez-Vázquez, Barbaralee Diamonstein-Spielvogel, Kevin D. Kim, Mayra Linares-Garcia, Robert F. Mujica, Brian D. Obergfell, Jill O'Donnell-Tormey, Herminia Palacio, Ken Sunshine, Angelo Vivolo, John Verzani (ex officio), and Salimatou Doumbouya (ex officio) (the "CUNY Board of Trustees Defendants"), along with Defendant Felix Matos Rodriguez, and Defendant Sudha Setty (together "Defendants"),

by their attorney, LETITIA JAMES, Attorney General of the State of New York, will move this Court, before the Honorable J. Paul Oetken, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing the Amended Complaint with prejudice and without leave to replead pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction and failure to state a claim, together with any other relief the Court deems just and proper.

Dated: New York, New York
September 13, 2024

        **LETITIA JAMES**
        Attorney General
        State of New York
        <u>Attorney for Defendants</u>

        By:   <u>/s/ *Christopher V. Coulston*</u>
        Christopher Coulston
        Assistant Attorney General
        28 Liberty Street
        New York, NY 10005
        Telephone: (212) 416-8556

To:    all counsel of record (via ECF)