UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUSAYBA HAMMAD, *et al.*,
                Plaintiffs,

-v-

WILLIAM C. THOMPSON, JR., *et al.*,
                Defendants.

24-CV-3099 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    A conference was held in this case on September 19, 2024. This Order confirms that Plaintiffs are granted leave to file a second amended complaint on or before October 18, 2024. Defendants shall answer or otherwise respond to the amended complaint on or before November 22, 2024. Defendants' motion to dismiss, filed on September 13, is denied as moot.

    Further, as discussed during the conference and as mutually agreed upon by the parties, discovery is stayed pending the Court's ruling on the Defendants' anticipated second motion to dismiss.

    The Clerk of Court is directed to close the motion at Docket number 46.

    SO ORDERED.

Dated: September 19, 2024
       New York, New York

                                                  J. PAUL OETKEN
                                            United States District Judge