IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NUSAYBA HAMMAD, ERIC HOROWITZ, SAJIA HANIF, ALE HUMANO, JESSIE DESSUS, NIA WILSON, HENRY BURG, SHIVANI DESAI,<br><br>*Plaintiffs,*<br><br>v.<br><br>WILLIAM C. THOMPSON, JR., SANDRA WILKIN, MICHAEL ARAVANITES, HENRY T. BERGER, UNA S. T-CLARKE, LORRAINE CÓRTEZ VÁZQUEZ, BARBARALEE DIAMONSTEIN-SPIELVOGEL, KEVIN D. KIM, MAYRA LINARES-GARCÍA, ROBERT F. MUJICA, BRIAN D. OBERGFELL, JILL O'DONNELL-TORMEY, HERMINIA PALACIO, KEN SUNSHINE, ANGELO VIVOLO, JOHN VERZANI, SALIMATOU DOUMBOUYA,<br>Members of the Board of Trustees, City University of New York,<br><br>FÉLIX MATOS RODRÍGUEZ,<br>Chancellor, City University of New York,<br><br>SUDHA SETTY,<br>Dean, School of Law, City University of New York,<br><br>*Defendants, all sued in their official capacities, with Defendant Setty also sued in her individual capacity.* | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Civil Action No. 1:24-cv-03099-JPO |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all of the above-named plaintiffs—Nusayba Hammad, Eric Horowitz, Sajia Hanif, Ale Humano, Jessie Dessus, Nia

1

Wilson, Henry Burg, and Shivani Desai—hereby give notice that they voluntarily dismiss, without prejudice, the above-captioned action against all of the named defendants: William C. Thompson, Jr., Sandra Wilkin, Michael Aravanites, Henry T. Berger, Una S. T-Clarke, Lorraine Córtez Vázquez, Barbaralee Diamonstein-Spielvogel, Kevin D. Kim, Mayra Linares-García, Robert F. Mujica, Brian D. Obergfell, Jill O'Donnell-Tormey, Herminia Palacio, Ken Sunshine, Angelo Vivolo, John Verzani, Salimatou Doumbouya, Félix Matos Rodríguez, and Sudha Setty.

Date: November 17, 2024

Respectfully Submitted,

*/s/ Golnaz Fakhimi*
Golnaz Fakhimi (GF 9791)
Naomi R. Tsu (*pro hac vice*)
Reem Subei (*pro hac vice*)
MUSLIM ADVOCATES
1032 15th Street NW #362
Washington, DC 20005
Tel: (202) 655-2969
golnaz@muslimadvocates.org
naomi@muslimadvocates.org
reem@muslimadvocates.org

*/s/ Jonathan Wallace*
Jonathan Wallace
P.O. Box #728
Amagansett NY 11930
Tel: (917) 359-6234
jonathan.wallace80@gmail.com

*Counsel for Plaintiffs*

2